| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| In Re:<br>Pretium Packaging, L.L.C. | |

Order Filed on January 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 26-10896-CMG

Chapter: 11

Hearing Date: 1/30/2026

Judge: Christine M. Gravelle

# ORDER REGARDING APPLICATION FOR EXPEDITED
# CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered two (2) and three (3), is ORDERED.

**DATED: January 29, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

After review of the Application for Expedited Consideration of First Day Matters, and for good cause shown;

IT IS ORDERED that the following motions are scheduled for hearing before the Honorable  Christine M. Gravelle  in Courtroom # no. 3  located at  402 East State Street, Trenton, NJ 08608  on the date(s) and time(s) set forth below:

| MATTER | HEARING DATE and TIME |
|---|---|
| 1. Motion for Joint Administration for the following cases: 26-10896, 26-10897, 26-10898, 26-10899, 26-10900, 26-10901, 26-10902, 26-10903, 26-10904, 26-1090 | 1/30/2026 at 10:00AM via Zoom |
| 2. Application for Designation as a Chapter 11 Complex Case | 1/30/2026 at 10:00AM via Zoom |
| 3. Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Debtor Bank Accounts, Business Forms, and Books and Records, and (D) Continue Intercompany Transactions and (II) Granting Related Relief | 1/30/2026 at 10:00AM via Zoom |
| 4. Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of All Trade Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing Satisfaction of Obligations Related Thereto, and (IV) Granting Related Relief | 1/30/2026 at 10:00AM via Zoom |
| 5. Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief | 1/30/2026 at 10:00AM via Zoom |
| 6. Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain Insurance Coverage and Letters of Credit Entered into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance and Letters of Credit (C) Honor the Terms of Their Premium Financing Agreement, and (D) Continue to Pay Broker Fees, and (II) Granting Related Relief | 1/30/2026 at 10:00AM via Zoom |
| 7. Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief | 1/30/2026 at 10:00AM via Zoom |
| 8. Motion for an Order Authorizing Debtor to Retain a Claims and Noticing Agent | 1/30/2026 at 10:00AM via Zoom |
| 9. Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief | 1/30/2026 at 10:00AM via Zoom |

| MATTER | HEARING DATE and TIME |
|---|---|
| 10. Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notifications and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock and (II) Granting Related Relief | 1/30/2026 at 10:00AM via Zoom |
| 11. Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses to Employees and Temporary Staff and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief | 1/30/2026 at 10:00AM via Zoom |
| 12. Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (C) Redact Certain Confidential Information of Customers, (D) Redact Certain Personally Identifiable Information of Individuals, and (E) Serve Certain Parties-in-Interest by Email and (II) Granting Related Relief | 1/30/2026 at 10:00AM via Zoom |
| 13. Motion re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain PostPetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Superpriority Administrative Expense Claims, (II) Granting Adequate Protective to Certain PrePetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief | 1/30/2026 at 10:00AM via Zoom |
| 14. Motion re: Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving Related Dates, Deadlines, Notices, and Procedures, (III) Approving the Solicitation Procedures and Related Dates, Deadlines, and Notices, (IV) Conditionally Waiving the Requirements that (A) the U.S. Trustee Convene a Meeting of Creditors and (B) the Debtors File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, (V) Shortening the Notice Requirements Related Thereto, and Granting Related Relief | 1/30/2026 at 10:00AM via Zoom |

IT IS FURTHER ORDERED that, unless the Court directs otherwise, service of this Order must be made under D.N.J. LBR 9013-5(f) or, for cases designated as Chapter 11 Complex Cases, in accordance with the *General Order Governing Chapter 11 Complex Case Procedures*; and

IT IS FURTHER ORDERED, that objections and/or responses to First Day Matters, if any, may be made under D.N.J. LBR 9013-5(d).

The hearings will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website

Meeting ID: 161 864 0151

Passcode: 069541

or Call: 1-646-828-7666

*rev.8/1/2024*